NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENT PLUMMER and OKSANA          )
PASCHENKO,                        )
                                  )
          Appellants,             )
                                  )
v.                                )          Case No. 2D18-897
                                  )
THE WAVE CONDOMINIUM             )
ASSOCIATION OF ST. PETERSBURG,   )
INC.,                             )
                                  )
          Appellee.               )
_____  )

Opinion filed March 15, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Alexander Allred of Hillard, Cuykendall &
Allred, P.A., Largo, for Appellants.

Jacob A. Brainard and Jacob Bair of
Business Law Group, P.A., Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, BLACK, and SALARIO, JJ., Concur.